

# Fourth Court of Appeals
## San Antonio, Texas

December 23, 2025

No. 04-25-00807-CR

**IN RE** Kevin Lamar **JOHNSON**, Sr.

Original Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Chief Justice
                 Lori Massey Brissette, Justice
                 Velia J. Meza, Justice

       Relator filed a petition for writ of mandamus on December 11, 2025. Having reviewed the petition for writ of mandamus, this court concludes that relator has failed to establish that he is entitled to the relief requested. The petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

       It is so **ORDERED** on December 23, 2025.

_____
Velia J. Meza, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of December, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2002-CR-4779, styled *State of Texas v. Kevin Lamar Johnson, Sr.*, pending in the 227th Judicial District Court, Bexar County, Texas, the Honorable Christine Del Prado presiding.